UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| MICHAEL FRANCIS PUSATERI, III, ) | Case No. 08-31457-JCW |
| ) | Chapter 7 |
| Debtor. ) | |
| ) | |
| ) | |
| CONGRESSIONAL FEDERAL CREDIT UNION, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Adv. Pro. No. 08-03149-JCW |
| ) | |
| MICHAEL FRANCIS PUSATERI, III, ) | |
| ) | |
| Defendant. ) | |

**STIPULATION AS TO SECOND ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S FIRST SET OF REQUESTS FOR ADMISSIONS, FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

The parties hereby stipulate that Plaintiff's responses to Defendant's First Set of Requests for Admissions, First Set of Interrogatories and First Request for Production of Documents shall be served on or before July 6, 2009; this is a two-week enlargement of time, this Court having entered orders on May 4, 2009, granting Plaintiff through and including June 22, 2009 in which to serve those responses.

This the 22 day of June, 2009.

*Heather W. Culp* (signature)

Heather W. Culp
NC Bar No. 30386
Attorney for Plaintiff
MITCHELL & CULP, PLLC
1001 Morehead Square Drive, Suite 330
Charlotte, NC 28203
Tel: (704) 333-0630
Fax: (704) 333-4975
E-mail: hculp@mitchellculp.com

*RHA by HWC* (signature)

Roderick H. Angus
VSB No. 22592
VA Attorney for Plaintiff (admitted pro hac vice)
HUSTON & ANGUS
5529 Lee Highway
Arlington, Virginia 22207
Tel: 703-536-5444
Fax: 703-237-2310
Email: RAngus@halawfirm.com

*David R. Badger* (signature)

David R. Badger
Attorney for Defendant
N.C. State Bar #156
DAVID R. BADGER, P.A.
2108 South Boulevard
Suite 118 Atherton Lofts
Charlotte, North Carolina 28203
Telephone No.: (704) 375-8875