EXHIBIT "H"

PROFESSIONAL BIOGRAPHIES

**David R. Badger** was born in Weymouth, Massachusetts, May 30, 1947; admitted to bar, 1972, North Carolina, U.S. District Court, Eastern, Middle and Western Districts of North Carolina, U.S. Court of Appeals, Fourth Circuit and U.S. Supreme Court, Education: University of North Carolina (A.B., 1969, J.D., 1972). Phi Delta Phi. Member: North Carolina (Member, Council of Bankruptcy Section, 1979-1985, 1989-1992; Chairman, 1984-1985); 26th Judicial District and North Carolina State (Member, Board of Bankruptcy Legal Specialization, 1990 - 1993) Bars; North Carolina Academy of Trial Lawyers(Chairman, Consumer Bankruptcy Section, 1998-1999 and 2000 - 2001); American Bankruptcy Institute. National Association of Consumer Bankruptcy Attorneys; South Carolina Bankruptcy Lawyers Association; Board Certified Specialist in Bankruptcy Law by the North Carolina State Bar and certified in Business Bankruptcy Law by the American Bankruptcy Board of Certification. Formerly certified as a Criminal Trial Advocate by the National Board of Trial Advocacy. Listed annually in Legal Elite (NC) and NC SuperLawyers.

**Arathi P. Nobles** joined David R. Badger, P.A. as an associate in 2009. Ms. Nobles attended the University of South Carolina (B.S. 1997, J.D. 2006). She is licensed to practice in North Carolina and South Carolina. Prior to joining David R. Badger, P.A., she practiced transactional law with a well-respected regional firm. Ms. Nobles is the recipient of the prestigious Compleat Lawyer Award, the highest honor bestowed upon a graduating law student from the University of South Carolina School of Law.

**Jessica R. Adams** attended North Carolina State University and has been employed by David R. Badger, P.A. since 2002. Ms. Adams has responsibility for Chapter 7 and Chapter 13 bankruptcy cases. Ms. Adams was formerly employed with the office of the United States Bankruptcy Administrator where she was responsible for auditing and administering Chapter 7 and Chapter 11 bankruptcy cases.

**Lauren E. McCullen** has been employed by David R. Badger, P.A. since 2006. Ms. McCullen has responsibility for Chapter 7 and Chapter 13 bankruptcy cases. Ms. McCullen was formerly employed as a paralegal for five years at another Charlotte law firm and also as a legal secretary for the North Carolina Public Defender's Office.